**Donald VAN METER, Plaintiff–Appellant,**

v.

**Katherine VAN METER; Barbara Greig, Defendants–Appellees.**

No. 03–1203.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

Donald Van Meter, Appellant pro se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Van Meter appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Van Meter v. Van Meter,* No. CA–03–104 (E.D. Va. filed Jan. 31, 2003; entered Feb. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*